Name and
MICHAEL R. McDONNELL SBN# 41463
Law Offices of McDonnell & Kent, Inc.
418 East La Habra Blvd.
La Habra, CA 90631
(562) 694-3827   Fax (562) 694-4280
mike@mcdonnellandkent.com

## UNITED STATES DISTRICT COURT
### SOUTHERN, DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. SARAI LOPEZ-DOJAQUEZ, Defendant(s). | CASE NUMBER 08mj08308-PCL-1 REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

Sarai Lopez-Dojaquez   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of ____Michael R. McDonnell____
                                                            *New Attorney*
as attorney of record in place and stead of __Elmer Joseph Cox, II__
                                              *Present Attorney*

Dated  4-10-2008           x  Sarai López D.
                              *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  4-14-08             _____
                              *Signature of Present Attorney*

Dated  4-10-08             Mike R McDonnell
                              *Signature of New Attorney*
                              CA SBN 41463
                              *State Bar Number*

If party requesting to appear Pro Se:

Dated _____       _____
                              *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY