

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>            Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>SARAI LOPEZ-DOJAQUEZ,          )<br>                               )<br>            Defendant.         )<br>_____) | Criminal Case No. 08CR1442-IEG<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Cocaine<br>(Felony) |

The United States Attorney charges:

On or about April 7, 2008, within the Southern District of California, defendant SARAI LOPEZ-DOJAQUEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 11.16 kilograms (24.55 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 7, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ CARLA J. BRESSLER*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
5/6/08